UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **CV 25-4390-MWF(PVCx)**                              Date:  June 06, 2025

Title      ***Mouna Gaby Kezbar v. Mercedes-Benz USA, LLC, et al.***

Present: The Honorable:      MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Notice of Removal was filed on May 15, 2025.  ("NoR" (Docket No. 1)).  Pursuant to Federal Rules of Civil Procedure, Rule 81(c)(2), the time to respond to the Complaint expired on May 22, 2025.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following:

- ■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") by no later than **JUNE 16, 2025**.

    OR

- ■ BY PLAINTIFF:  If Defendant does not file a Response to the Complaint by June 16, 2025, Plaintiff shall file an APPLICATION TO CLERK TO ENTER DEFAULT no later than **JUNE 20, 2025**.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **JUNE 20, 2025,** will result in the dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 25-4390-MWF(PVCx)**                                Date:  June 06, 2025

Title       ***Mouna Gaby Kezbar v. Mercedes-Benz USA, LLC, et al.***

       IT IS SO ORDERED.