UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:25–cv–04390–MWF–PVC          Date    September 8, 2025

Title    MOUNA GABY KEZBAR V. MERCEDES–BENZ USA, LLC ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

  In light of the Notice of Settlement filed August 29, 2025 (Docket No. 16), the Court sets a hearing on Order To Show Cause Re Dismissal for December 1, 2025 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

  **IT IS SO ORDERED.**

Initials of Clerk:   smom