JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNA GABY KEZBAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ USA, LLC, et al.,<br><br>　　　　Defendants. | Case No. CV 25-4390-MWF(PVCx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDIC |

　　The Court has considered the parties' Joint Stipulation of Dismissal with Prejudice.  (Docket No. 20).  The Stipulation is GRANTED.  The Court DISMISSES this action, with prejudice.

　　IT IS SO ORDERED.

Dated:  December 11, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　United States District Judge

-1-